IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KATHERINE BARTLETT,

      Appellant,

v.

WILLIAM G. BOYD,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1492

Opinion filed March 4, 2015.

An appeal from the Circuit Court for Okaloosa County.
William F. Stone, Judge.

John N.C. Ledbetter of Ledbetter & Associates, P.L., Destin, for Appellant.

Bradley P. Herndon of Bradley P. Herndon, P.A., Ft. Walton Beach, and Natasha
Revell of Zalkin Revell PLLC, Santa Rosa Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

WOLF, BENTON, and MAKAR, JJ., CONCUR.